
**Queen Ndukwe**
Associate
929.476.0030
Queen.Ndukwe@offitkurman.com

January 12, 2023

<u>**VIA ECF**</u>

Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. 10C
Brooklyn, New York 11201

      Re: *5316 Church Avenue, LLC v Diane Yhun* et. al.,
      <u>Civil Action, Case No.: 14-CV-7376 (FB) (RER)</u>

Dear Judge Block:

    This firm represents the plaintiff, 5316 Church Avenue, LLC ("Plaintiff"), in the above referenced action. We are writing to advise the Court that on January 12, 2022, Plaintiff filed and served its Motion to Confirm the Referee's Report of Sale and for Deficiency Judgment (the "**Motion**") on defendant Diane Yhun. We have been informed that, although Ms. Yhun has counsel of record as reflected by the Court's docket, that Ms. Yhun is presently *pro se*. As such, it is our understanding that Your Honor's Individual Part Rule Rule 2D does not apply and the brief can be filed before it is fully submitted.

    We thank Your Honor for your time and consideration of this matter.

                              Respectfully submitted,

                              /s/ Queen Ndukwe
                              Queen Ndukwe

cc:    All parties of record via ECF
        Diane Yhun via Federal Express

4865-2253-1657, v. 1